ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANYA TAYLOR,

Plaintiff,

- against -

THE LONG TERM DISABILITY INCOME PLAN FOR EMPLOYEES OF THE FEDERAL RESERVE SYSTEM, AND MATRIX ABSENCE MANAGEMENT, INC.,

Defendants.

25 Civ. 01134 (LLS)

ORDER

On September 3, 2026, the Court denied defendants' motion for summary judgment on the administrative record and remanded the case to Matrix for reconsideration of plaintiff's claim. (Dkt. No. 48).

Accordingly, the Clerk of Court is directed to enter judgment remanding the case to Matrix. This matter is stayed pending Matrix's reconsideration.

So ordered.

Dated: New York, New York

September 16, 2026

Louis L. Stanton

LOUIS L. STANTON

U.S.D.J