**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TANYA TAYLOR,

Plaintiff,

-against-

25 **CIVIL** 1134 (LLS)

# JUDGMENT

THE LONG TERM DISABILITY INCOME PLAN FOR EMPLOYEES OF THE FEDERAL RESERVE SYSTEM, AND MATRIX ABSENCE MANAGEMENT , INC.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2026, the Court denied defendants' motion for summary judgment on the administrative record on September 3, 2026. The case is remanded to Matrix for reconsideration of plaintiff 's claim.

**Dated:** New York, New York

September 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**